**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| USA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:25-CR-00531-MWC |
| v. | |
| GISSELLE MEDINA | NOTICE OF CLERICAL ERROR |
| DEFENDANT(S) | |

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☐ the following scanned document ☐ docket entry have/has been corrected as indicated below.

Title of scanned document: _____

Filed date: _____   Document Number(s): _____

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document

☐ Case number has been corrected. The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document. The correct judge's initials are: _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document. The correct magistrate judge's initials are: _____ .

☒ Case has been reassigned from ☒ Judge ☐ Magistrate Judge  Michelle W. Court  to ☐ Judge ☒ Magistrate Judge  Alka Sagar . The initials of the new judge(s) are: AS

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. The case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number _____ has been changed to new case number _____ .

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF was stamped on the document. The correct date is _____ .

☐ Document is missing page number(s): _____

☒ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials:  2:25-CR-00531-AS

☒ Other:   Due to a clerical error, this case was initially assigned to District Judge Michelle W. Court. The case has been reassigned to Magistrate Judge Alka Sagar as a Class B misdemeanor.

CLERK, U.S. DISTRICT COURT

Date:  July 9, 2025    By:  Marina M.C. (213)894-8288
                             Deputy Clerk

G-11 (06/23)                    NOTICE OF CLERICAL ERROR