**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 25-00531-AS |
| ) | |
| Plaintiff, ) | |
| ) | **PRE-TRIAL ORDER** |
| v. ) | |
| ) | |
| ) | |
| GISSELLE MEDINA, ) | |
| ) | |
| Defendant. ) | |

This matter is set for trial on February 2, 2026 at 9:30 a.m., before Magistrate Judge Alka Sagar. If this case is proceeding to trial at that time and day, the government is ordered to file a trial memorandum on or before January 19, 2026. The trial memorandum should set forth the applicable law, the maximum possible penalties, whether consent to trial before a magistrate judge is needed, the number of witnesses the government intends to call and what the evidence will show. Defendant may also file such a trial memorandum.

Additionally, if either party anticipates any evidentiary issues arising and intends to file a pre-trial motion, including motions in

limine, any motions shall be filed no later than January 5, 2026. Oppositions to motions shall be filed no later than January 12, 2026. Optional Replies must be filed no later than January 19, 2026.

A status conference and hearing on motions is scheduled for January 26, 2026 at 9:30 a.m.

If this case is proceeding to jury trial, each party shall file proposed voir dire, jury instructions and verdict forms no later than January 12, 2026. Where possible, counsel shall use the instructions from the <u>Manual of Model Criminal Jury Instructions for the Ninth Circuit</u>, West Publishing, latest edition, modified as necessary to fit the facts of the case. Counsel shall include both general and substantive instructions. Any objections to another party's proposed jury instructions must be filed no later than January 19, 2026.

If this case is not going to proceed to trial, counsel should notify the Courtroom Deputy immediately.

IT IS SO ORDERED.

DATED: September 9, 2025

                                          /s/
                                      ALKA SAGAR
                        UNITED STATES MAGISTRATE JUDGE